UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| Kathleen A Taylor | § | Case No. 15-07072 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 142,338.00          Assets Exempt: 56,533.18
*(Without deducting any secured claims)*

Total Distributions to Claimants:  789.31          Claims Discharged
                                                   Without Payment:   198,062.00

Total Expenses of Administration:  290.38

---

  3) Total gross receipts of $ 1,100.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20.31  (see **Exhibit 2**), yielded net receipts of $ 1,079.69  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 179,998.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 290.38 | 290.38 | 290.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,809.00 | 784.14 | 784.14 | 789.31 |
| TOTAL DISBURSEMENTS | $ 198,807.00 | $ 1,074.52 | $ 1,074.52 | $ 1,079.69 |

4)  This case was originally filed under chapter 7 on 02/28/2015 . The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2019            By:/s/Cindy M. Johnson, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account At Chase | 1129-000 | 1,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,100.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kathleen A Taylor | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 20.31 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 20.31** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 151,897.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Bank Attn: Bankruptcy Dept 443 Jefferson Blvd Ms Rjw-135 Warwick, RI 02886 | | 28,101.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 179,998.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 269.92 | 269.92 | 269.92 |
| Cindy M. Johnson | 2200-000 | NA | 0.46 | 0.46 | 0.46 |
| BOK Financial | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 290.38 | $ 290.38 | $ 290.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 982236 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | Cap One Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 840.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 3,801.00 | NA | NA | 0.00 |
| | Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Collection Prof/lasalle Po Box 416 La Salle, IL 61301 | | 153.00 | NA | NA | 0.00 |
| | Comenity Bank/avenue Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Ditech.com/GMAC Mortgage Attn: Bankruptcy 1100 Virginia Dr Fort Washington, PA 19034 | | 0.00 | NA | NA | 0.00 |
| | Ditech.com/GMAC Mortgage Attn: Bankruptcy 1100 Virginia Dr Fort Washington, PA 19034 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fieldstone Mortgage Co 11000 Broken Land Pkwy Ste 600 Columbia, MD 21044 | | 0.00 | NA | NA | 0.00 |
| | Furniturebar Cscl Dispute Team Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Care Credit Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |
| | Hinsdale B&t Hinsdale Bank & Trust - Attention: Colle 25 East First St. Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 3,680.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Security National Morgage Po Box 57250 Salt Lake City, UT 84157 | | 0.00 | NA | NA | 0.00 |
| | Streator Onized Credit 120 E Northpoint Dr Streator, IL 61364 | | 0.00 | NA | NA | 0.00 |
| | Streator Onized Credit 120 E Northpoint Dr Streator, IL 61364 | | 0.00 | NA | NA | 0.00 |
| | Streator Onized Credit 120 E Northpoint Dr Streator, IL 61364 | | 0.00 | NA | NA | 0.00 |
| | Syncb/paypal Smart Con Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/tjx Cos Dc Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Target Credit Card (TC) C/O Financial & Retail Services Mailstop BT  P.O. Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Us Bank 4325 17th Ave S Fargo, ND 58125 | | 9,590.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. | 7100-000 | 745.00 | 784.14 | 784.14 | 784.14 |
|  | Capital One, N.A. | 7990-000 | NA | NA | NA | 5.17 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 18,809.00 | $ 784.14 | $ 784.14 | $ 789.31 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-07072 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Kathleen A Taylor | | | | Date Filed (f) or Converted (c): | 02/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/30/2015 |
| For Period Ending: | 02/17/2019 | | | | Claims Bar Date: | 05/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1090 S. Braodway Coal City, Il 60416 Value Based On Zillow | 123,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account At Chase | 50.00 | 2,964.23 | | 1,100.00 | FA |
| 3. Savings Account At Chase | 400.00 | 1,250.42 | | 0.00 | FA |
| 4. Streator Onized Credit Union Checking Account | 88.00 | 1.03 | | 0.00 | FA |
| 5. Household Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. All Other Household Goods | 350.00 | 0.00 | | 0.00 | FA |
| 7. Clothing Owned By Debtors At Debtors' Residence And In Debto | 700.00 | 0.00 | | 0.00 | FA |
| 8. Pension | 35,682.29 | 0.00 | | 0.00 | FA |
| 9. 401K | 5,122.89 | 0.00 | | 0.00 | FA |
| 10. 2014 Estimated Tax Return Refund | 1,700.00 | 1,055.00 | | 0.00 | FA |
| 11. 2008 Chevy Cobalt With 120000 Miles. Value Based On Kbb.Com | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Chevy Cavalier With 210,000 Miles On It. Value Based On | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2014 Subaru Crosstrack With 3000 Miles On It. Value Based On | 20,278.00 | 0.00 | | 0.00 | FA |
| 14. Possible Workmens Compendsation Claim | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. 2014 Illinois Tax Refund (u) | 0.00 | 338.00 | | 0.00 | FA |
| 16. Asset Mistakenly Added by Trustee's Assistant to link to dep | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $198,871.18    $5,608.68        $1,100.00    $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All funds necessary to pay claims and administrative costs in full collected. When claims came in, only need about $1,100.00 to pay claims in full and all expenses. Therefore, balance of estate's assets were not recovered from debtor.
Trustee's final report was approved and checks were cut. All checks have cleared Trustee Distribution Report to be filed

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | When claims came in, only need about $1,100.00 to pay claims in full and all expenses. Therefore, balance of asset was not recovered from debtor. |
| RE PROP # | 10 | -- | 2014 tax return, $1,028.00 of the exemption not claimed but was earned income credit. Balance of funds were in the bank account on date of filing and were exempted there. NO VALUE for estate. |

Initial Projected Date of Final Report (TFR): 05/18/2017      Current Projected Date of Final Report (TFR): 04/23/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-07072 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Kathleen A Taylor | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0550 |
| | Checking |
| Taxpayer ID No: XX-XXX9107 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/17/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/17 | 2 | Kathleen A Taylor<br>1090 S. Broadway<br>Coal City, IL 60416 | Turnover of funds | 1129-000 | $1,100.00 | | $1,100.00 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,090.00 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,080.00 |
| 04/10/18 | 101 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $269.92 | $810.08 |
| 04/10/18 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $0.46 | $809.62 |
| 04/10/18 | 103 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $789.31 | $20.31 |
| | | | | ($5.17) | 7990-000 | | |
| | | Capital One, N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($784.14) | 7100-000 | | |
| 04/10/18 | 104 | Kathleen A Taylor<br>922 GARFIELD ST.<br>LOCKPORT, IL 60441 | Distribution of surplus funds to debtor. | 8200-002 | | $20.31 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,100.00 | $1,100.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,100.00 | $1,100.00 |
| Less: Payments to Debtors | $0.00 | $20.31 |
| Net | $1,100.00 | $1,079.69 |

Page Subtotals: $1,100.00  $1,100.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0550 - Checking | $1,100.00 | $1,079.69 | $0.00 |
|  | $1,100.00 | $1,079.69 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,100.00 |
| Total Gross Receipts: | $1,100.00 |

Page Subtotals:   $0.00   $0.00